# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PRESTON SCHOFIELD,

    Plaintiff,

v.                                                    CASE NO. 6:12-CV-896-Orl-36GJK

FREDERIC SCHOTT,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on June 18, 2012 (Doc. 3). In the Report and Recommendation, the Magistrate Judge recommends that the Court abstain from exercising jurisdiction in this case or find that the case is frivolous. *Id*. The Plaintiff has not objected and the time to do so has expired. As such, this matter is ripe for review.

The Court is in agreement with the Magistrate Judge that based on Plaintiff Preston Schofield's ("Plaintiff") Complaint, the acts complained of constitute normal judicial functions and are therefore barred by judicial immunity. *See* Doc. 3, pp. 4-5 (citing *Williams v. Alabama*, 2011 WL 1659351 at *1 (11th Cir. 2005)). Furthermore, Plaintiff's claims are also barred by *Younger* abstention, as Plaintiff is seeking injunctive and declaratory relief against a pending state court criminal action. *See* Doc. 3, pp. 5-7 (citing *Younger v. Harris*, 401 U.S. 37, 43-45 (1971)). Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the

Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Preston Schofield's Motion for Leave to Proceed in Forma Pauperis (Doc. 2) is **DENIED**.

3. The Court will abstain from exercising jurisdiction in this matter. Therefore, this case is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on July 6, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD